IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the United States Department of Interior, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>SAFARI CLUB INTERNATIONAL, *et al.*,<br><br>*Intervenor-Defendants*. | Case No. 1:17-cv-02504-RCL |

## [PROPOSED] ORDER

Upon consideration of the Motions to Dismiss filed by Defendants and Intervenor-Defendants, the responses thereto, and the record before the Court it is hereby

ORDERED, that the Motions to Dismiss are DENIED and the Parties shall file a proposed schedule for summary judgment briefing within 14 days from the date this order is signed.

Dated _____                              _____

                                                      Judge Royce C. Lamberth,

                                                      U.S. District Judge